

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

June 27, 2025

B<small>Y</small> ECF
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    **Allergan, Inc., et al. v. Amneal Pharmaceuticals of New York, LLC, et al.
Civil Action No. 2:23-cv-06208 (NJC) (ST)**

Dear Judge Tiscione:

This firm and Covington & Burling LLP represent Plaintiffs Allergan, Inc. and AbbVie Inc. ("Plaintiffs") in the above-captioned action against Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Ltd. ("Amneal"). We write on behalf of all Parties to respectfully request that the Court approve the modifications of the deadlines in the Scheduling Order (Dkt. 50, as amended in Dkt. 104 and Dkt. 108). The proposed modifications are set forth in the attached Stipulation and Proposed Order. The Parties submit that there is good cause for the modifications, as they will allow the Parties sufficient time to review documents that have not yet been produced, including: 1) materials that support the opinions offered by Amneal's expert, Dr. Radojka Savic, in her June 17, 2025 rebuttal expert report, and 2) documents that are the subject of the Court's Order granting Amneal's Motion to Compel. *Amneal Pharmaceuticals of New York, LLC v. Fish & Richardson P.C.*, 2:25-mc-01900-NJC-ST Dkt. 18 (E.D.N.Y. June 17, 2025).

Accordingly, the Parties respectfully request that the Court approve the requested modifications and So Order the attached Proposed Stipulation and Order.

                                          Respectfully submitted,

                                          *s/ Kevin P. Mulry*

                                          Kevin P. Mulry

cc:    All counsel (By ECF)