**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ALLERGAN, INC. and ABBVIE INC.,

        Plaintiffs,

        v.

AMNEAL PHARMACEUTICALS OF NEW
YORK, LLC and AMNEAL EU, LIMITED,

        Defendants.

C.A. No. 2:23-cv-06208-NJC-ST

**STIPULATION AND [PROPOSED]
ORDER MODIFYING DISCOVERY
SCHEDULE**

---

**WHEREAS**, the Court issued an Order (Dkt. 18) in Case No. 2:25-mc-01900-NJC-ST (E.D.N.Y.) requiring Fish & Richardson P.C. to produce certain documents in response to a subpoena served by Amneal Pharmaceuticals of New York, LLC;

**WHEREAS**, the Court ordered: "Fish & Richardson shall produce the requested materials from the EDTX litigation. To the extent that [Amneal] uses any of these newly produced materials in their expert reports, the parties agree that Allergan and AbbVie will be permitted to file a sur-reply addressing the new material. Parties will confer and agree upon a reasonable schedule for the additional sur-replies." (Dkt. 18);

**WHEREAS**, the documents that are the subject of the Court Order in Case No. 2:25-mc-01900-NJC-ST have not yet been produced and the parties have agreed upon an extension to the schedule; and

**WHEREAS**, Amneal is in the process of collecting and producing certain information supporting the June 17, 2025 report of its expert, Dr. Radojka Savic, and Plaintiffs require sufficient time to review this information in connection with preparing reply reports;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the following deadlines in the

Scheduling Order (Dkt. 50, as amended) are extended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| **Reply expert reports / Supplemental expert reports (Limited to the use of any of the newly produced materials from Case No. 2:25-mc-01900-NJC-ST (E.D.N.Y.) (Dkt. 18)):** | July 15, 2025 | July 29, 2025 |
| **Sur-reply reports / Reply to Supplemental expert reports (To the extent that a party uses any of the newly produced materials in their expert reports, the parties agree that the opposing party will be permitted to file a sur-reply / reply solely addressing the new material):** | N/A | August 12, 2025 |
| **Expert depositions completed by:** | August 13, 2025 | August 29, 2025 (or September 12, 2025 if a sur-reply / reply is filed based on newly produced materials) |
| **Completion of all discovery by:** | August 13, 2025 | August 29, 2025 (or September 12, 2025 if a sur-reply / reply is filed based on newly produced materials) |
| **Final date to take the first step in dispositive motion practice:** | August 22, 2025 | September 9, 2025 (or September 23, 2025 if a sur-reply / reply is filed based on newly produced materials) |

| Deadline | Current Date | New Date |
|---|---|---|
| **Trial Date** | TBD[1] | [No change] |
| **30-month stay expires** | January 6, 2026 | [No change] |

Dated: June 27, 2025

Respectfully submitted,

FARRELL FRITZ, P.C.
 *s/ Kevin P. Mulry*
By: _____
Kevin P. Mulry
400 RXR Plaza
Uniondale, New York 11556
Tel. (516) 227-0620
kmulry@farrellfritz.com

Alan Vinegrad
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1022

Christopher Sipes
Michael N. Kennedy
Erica N. Andersen
Brianne Bharkhda
Douglas A. Behrens
Justin W. Burnam
Tobias Y.H. Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

*Attorneys for Plaintiffs*

GREENBERG TRAURIG, LLP
 *s/ Mark J. Lesko*
By: _____
Mark J. Lesko
LaPinta Lesko
200 Vanderbilt Motor Parkway
Suite C-17
Hauppauge, NY 11788
631-682-9666
Email: mlesko@lapintalesko.com

Scott J. Bornstein
Richard C. Pettus
Giancarlo Scaccia
Kathryn E. Albanese
GREENBERG TRAURIG, LLP
One Vanderbilt Ave.
New York, NY 10017
(212) 801-9200
(212) 801-6411 (fax)

Jonathan R. Wise
Greenberg Traurig, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7850
(215) 988-7801 (fax)

*Attorneys for Defendants*

---

[1] *See* April 1, 2025 Order.

SO ORDERED this _____ day of _____, 2025

_____
Honorable Steven L. Tiscione
United States Magistrate Judge